# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No:  2:13–cv–07994–R–JC            Date:  2/20/2014

Title:  POP CONCEPT S.R.L. V. CLEAR &SAFE, INC. ET AL

PRESENT: HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                            Not Present

PROCEEDINGS:   ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution

THIS MATTER IS SET ON CALENDAR FOR A HEARING ON

<u>February 28, 2014 at 10:00 AM</u> FOR AN ORDER TO SHOW CAUSE

WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE

OF PLAINTIFF TO FILE PROOF OF SERVICE OF SUMMONS AND

COMPLAINT ON THE DEFENDANTS.

PRESENCE OF THE PARTIES AT THE HEARING IS MANDATORY;

FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

MINUTES FORM II
CIVIL – GEN                                                Initials of Deputy Clerk: wh