UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

CASE NO.:  CV-13-7994-R                                    DATE: August 15, 2014

TITLE:   POP CONCEPT S.R.L. V. CLEAR & SAFE, INC. et al
================================================================
PRESENT:

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>Christine Chung</u>                                             <u>    N/A    </u>
Deputy Clerk                                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

Not present                                                         Not present


PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF
                          PROSECUTION

   Plaintiff(s) is ordered to show cause in writing no later than **August 22, 2014** why this action should not be dismissed for lack of prosecution.

   The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

   **- Plaintiff's filing of a noticed motion for entry of default judgment** for defendants whom default has been entered against.

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.


**MINUTES FORM II**                                    Initials of Deputy Clerk   CCH
**CIVIL - GEN**